# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 96-2072

_____

Thomas L. Miller,                         *
                                          *
              Appellant,                  *
                                          *
      v.                                  *   Appeal from the United States
                                          *   District Court for the
Larry Norris, Director,                   *   Eastern District of Arkansas.
Arkansas Department of                    *
Correction,                               *           [UNPUBLISHED]
                                          *
              Appellee.                   *


_____

Submitted:  March 5, 1997

Filed: April 8, 1997

_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and MURPHY, Circuit Judges.

_____

PER CURIAM.


      Thomas L. Miller, an Arkansas inmate, brought a 28 U.S.C. § 2254
petition asserting that the evidence was insufficient to support his three
state drug convictions, and that his trial counsel was ineffective.  The
district court[1] dismissed the petition as procedurally barred, rejecting
Miller's assertion of ineffective assistance as cause.  Miller appeals.
Having reviewed

_____

      [1]The Honorable Henry L. Jones, Jr., United States Magistrate
Judge for the Eastern District of Arkansas, to whom the case was
referred for final disposition by consent of the parties pursuant
to 28 U.S.C. § 636(c).

the record, we conclude that Miller cannot show he was prejudiced by his counsel's performance, and thus we need not determine whether that performance was deficient.  See Strickland v. Washington, 466 U.S. 668, 697 (1984); see also Lockhart v. Fretwell, 506 U.S. 364, 369 (1993) (explaining Strickland prejudice standard).  As Miller has not established cause to excuse his state procedural default, see Murray v. Carrier, 477 U.S. 478, 488 (1986), we agree that his federal habeas claims are procedurally barred.

Accordingly, we affirm the district court's judgment.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.